UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RACHEL SIMMS, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 3:12cv279 ) |
| CAVALRY PORTFOLIO SERVICES, LLC | ) ) |
| Defendant. | ) |

FINANCIAL DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for CAVALRY PORTFOLIO SERVICES, LLC in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

**Cavalry Investments, LLC**

CAVALRY PORTFOLIO SERVICES, LLC

By __/s/_____
        Counsel

Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
(804) 649-7545
(804) 780-1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com

## **Certificate of Service**

I certify that on May 21, 2012, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all parties entitled to notice thereof.

\_\_\_/s/_____
Mark R. Colombell, VSB No. 48183
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
(804) 649-7545
(804) 780-1813 Fax
mcolombell@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for Cavalry Portfolio Services, LLC*