IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RACHEL SIMMS )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:12cv279
)
CAVALRY PORTFOLIO SERVICES, LLC )
)
    Defendant. )

## CONSENT ORDER

WHEREAS, Plaintiff Rachel Simms, indicates that she would oppose the Defendant's motion to compel arbitration, but in the interest of judicial economy and with the agreement of the Defendant, nonetheless agrees to arbitrate her claims before JAMS following the dismissal of this matter.

Therefore, upon agreement of the parties and for good cause shown, the above-styled civil action is hereby DISMISSED without prejudice so that the parties may proceed before JAMS.

It is so ORDERED.

/S/ DJN
_____
David J. Novak
United States Magistrate Judge

Dated: August 14, 2012
Richmond, Virginia


RECEIVED AUG 13 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

WE ASK FOR THIS:

_____
Janelle E. Mason, VSB No. 82389
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:  703-273-7770
Fax:  888-892-3512
janelle@clalegal.com


SEEN AND AGREED:

_____
Mark R. Colombell
*Counsel for the Defendant*
Thompson*Mc*Mullan PC
100 Shockoe Slip, Third Floor
Richmond, VA 23219-4140
Tel:  804-698-6251
Fax:  804-780-1813
mcolombell@t-mlaw.com